In the Matter of GLACIAL AGGREGATES LLC, Respondent, v MARVIN D. ZIELONKA, as Code Enforcement Officer of the Town of Yorkshire, Appellant. (Appeal No. 1.) [823 NYS2d 732]—Appeal from an order of the Supreme Court, Cattaraugus County (Larry M. Himelein, A.J.), entered May 20, 2005 in a proceeding pursuant to CPLR article 78. The order denied respondent's motion to dismiss the petition.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see* CPLR 5701 [b] [1]). Present—Hurlbutt, A.P.J., Kehoe, Smith and Green, JJ.

In the Matter of GLACIAL AGGREGATES LLC, Respondent, v MARVIN D. ZIELONKA, as Code Enforcement Officer of the Town of Yorkshire, Appellant. (Appeal No. 2.) [823 NYS2d 734]—Appeal from a judgment of the Supreme Court, Cattaraugus County (Larry M. Himelein, A.J.), entered June 17, 2005 in a proceeding pursuant to CPLR article 78. The judgment granted the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed with costs for the reasons stated in decision at Supreme Court. Present—Hurlbutt, A.P.J., Kehoe, Smith and Green, JJ.